UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MEREDITH L. LOWREY,** | : | **No. 3:25-cv-791** |
| **Plaintiff** | : | **(Caraballo, M.J.)** |
| **v.** | : | |
| **COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,** | : | |
| **Defendant** | : | |

# ORDER

For the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. The Commissioner's decision denying the claims for Widower's Insurance Benefits filed by Plaintiff Meredith Lowrey is **AFFIRMED**;
2. Lowrey's appeal (Doc. 1) is **DENIED**; and
3. The Clerk's Office is **DIRECTED** to **ENTER** judgment in favor of the Commissioner and against Lowrey, and **CLOSE** this case.

Date: September 30, 2026

*s/ Phillip J. Caraballo*
Phillip J. Caraballo
United States Magistrate Judge